**Order entered January 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00380-CV

### IN THE INTEREST OF C.M., A CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-12986**

## ORDER

The above case has been set for submission on appeal. Pursuant to rules 34.5(c)(1) and 43.6 of the Texas Rules of Appellate Procedure, the Dallas County District Clerk's Office is **ORDERED** to prepare, certify, and file in this Court no later than January 29, 2014, a supplement to the clerk's record containing the trial court's November 9, 2009 order to consolidate pertaining to this case. *See* Tex. R. App. P. 34.5(c)(1), 43.6.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Civil Records Division; and counsel for all parties.

/s/    DOUGLAS S. LANG
        JUSTICE